IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL ROY HALEY,

                Plaintiff,                ORDER

   v.

                                          10-cv-463-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

Plaintiff Michael Roy Haley has filed a civil complaint against Michael Astrue, Commissioner of Social Security. On August 9, 2010, I granted plaintiff's request to proceed *in forma pauperis* in this action. I gave plaintiff the opportunity to submit more information that showed that he has obtained a final decision from the commissioner on an application for social security benefits. He has submitted th this information. Therefore, his complaint and summons will be forwarded to the United States Marshal for service upon the defendant Michael Astrue.

ORDER

IT IS ORDERED that, because plaintiff's request to proceed *in forma pauperis* was granted on August 19, 2010 the United States Marshal shall serve the summons and complaint on defendant Michael Astrue.

The clerk of court is directed to forward the complaint, summons and marshal service forms to the United States Marshal.

Entered this 27th day of August, 2010.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge