IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ROY HALEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

10-cv-463-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, granting his motion to dismiss this case as untimely.

By: _____     10-21-11
    Peter Oppeneer, Clerk of Court          Date